UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DALE RAY BELLAH**,　　　　　　　　　　　　Case No. 6:15-cv-01361-KI

　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

　　　　Defendant.

　　　　Sherwood J. Reese
　　　　Drew L. Johnson, P.C.
　　　　1700 Valley River Dr.
　　　　Eugene, OR 97401

　　　　　　Attorneys for Plaintiff

　　　　Billy J. Williams
　　　　United States Attorney
　　　　District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

        Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this   25th   day of May, 2016.


                    /s/ Garr M. King
                    Garr M. King
                    United States District Judge